UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-22075-UU

BRITTANY CORTAZAR, individually and
on behalf of all others similarly situated,

    Plaintiff,

v.

CA MANAGEMENT SERVICES PARENT LLC,

    Defendant.
_____/

**ORDER CLOSING CASE**

THIS CAUSE is before the Court *sua sponte*. The Court having granted final approval of the class action settlement and entered final judgment, it is hereby

ORDERED AND ADJUDGED that the Clerk of Court SHALL administratively close this case.

DONE AND ORDERED in Chambers at Miami, Florida, this _13th_ day of March, 2020.

                                                                         URSULA UNGARO
                                                                         UNITED STATES DISTRICT JUDGE

copies provided: counsel of record